UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RODRIQUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DRAGADOS USA, INC., *et al*.<br><br>　　　　　Defendants. | Case No. 1:22-cv-01500-JLT-CDB<br><br>ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE<br><br>(Doc. 9) |

Based on the parties' representations in the stipulation dated January 30, 2023 (Doc. 9) and the availability of the Court, and good cause appearing, the Court ORDERS that the Scheduling Conference set for February 15, 2023, be continued to May 24, 2023, at 9:30 a.m., simultaneous with the Scheduling Conference set in the case noticed as related (No. 1:22-cv-01181-CDB).

IT IS SO ORDERED.

Dated: **January 31, 2023**　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE