1 | BARBARA A. COTTER, ESQ. (SBN 142590)
bcotter@cookbrown.com
2 | ALEXIS M. GABRIELSON, ESQ. (SBN 298738)
agabrielson@cookbrown.com
3 | COOK BROWN, LLP
2407 J STREET, SECOND FLOOR
4 | SACRAMENTO, CALIFORNIA 95816
T. 916-442-3100 | F. 916-442-4227

Attorneys for Defendant DRAGADOS USA, INC.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Scott K. Dauscher (SBN 204105)
SDauscher@aalrr.com
Mia A. Lomedico (SBN 315837)
Mia.Lomedico@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
T. (562) 653-3200 | F. (562) 653-3333

Attorneys for Defendant SUKUT CONSTRUCTION, LLC (erroneously sued as "SUKUT CONSTRUCTION, INC.")

MCGUIREWOODS LLP
Sabrina A. Beldner (SBN 221918)
sbeldner@mcguirewoods.com
Andrew W. Russell (SBN 280669)
arussell@mcguirewoods.com
Natalie M. Lagunas (SBN 318634)
nlagunas@mcguirewoods.com
1800 Century Park East, 7th Floor
Los Angeles, CA 90067-1501
T. (310) 315.8200 | F. (310) 315.8210

Attorneys for Defendant FLATIRON WEST, INC. (erroneously sued as "FLATIRON CONSTRUCTION CORPORATION")

- 1 -
DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS AND MOTION TO COMPEL ARBITRATION IN RELATED ACTION
Case Nos. 1:22-cv-1500 CDB; 1:22-cv-01181-CDB

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUKUT CONSTRUCTION, INC., dba Sukut, A JV, a California corporation; DRAGADOS USA INC dba Dragados, a Delaware corporation; FLATIRON CONSTRUCTION CORPORATION dba Flatiron, a Delaware Corporation and DOES 1-50, inclusive,<br><br>Defendants. | Case Nos.  1:22-cv-1500-CDB; 1:22-cv-01181-CDB<br><br>**DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FED.R.CIV. PRO. RULE 12(C) IN LIGHT OF THE COLLECTIVE BARGAINING AGREEMENT GOVERNING PLAINTIFF'S EMPLOYMENT, AND MOTION TO COMPEL ARBITRATION IN THE RELATED ACTION**<br><br>Date: April 24, 2023<br>Time: 10:30 a.m.<br>Ctrm: Bakersfield Courthouse<br>Judge: Hon. Christopher D. Baker |

**TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on April 24, 2023 at 10:30 a.m., at the United Stated Courthouse located at 510 19th Street, Bakersfield, CA 93301, before the Honorable Christopher D. Baker, Defendants Sukut Construction, LLC ("Sukut"), Dragados USA, Inc. ("Dragados"), and Flatiron West, Inc. ("Flatiron") (collectively,

"Defendants") hereby move under Rule 12(c) of the Federal Rules of Civil Procedure for judgment on the pleadings in this matter, which arises under the Private Attorneys General Act of 2004 ("PAGA").  Plaintiff cannot assert a PAGA claim as his employment was governed by a collective bargaining agreement which includes a valid waiver of such claims.

In the alternative, Defendants move to compel Plaintiff to arbitrate such claims pursuant to the collective bargaining agreement and/or to stay such claims pending arbitration.

This motion is brought as an omnibus motion to also address the related putative class action brought by Plaintiff, *Jimmy Rodriguez v Sukut et al.*, 1:22-CV-1811.

This Motion is based on this Notice, the attached Memorandum of Points and Authorities, the Declarations of Shawn Golden, Sam Aiello and Barbara Cotter, Defendants' Request for Judicial Notice, all the records and documents on file in this matter and the related matter, and any oral or documentary evidence presented at the hearing on this motion.

Dated:  March 20, 2023           COOK BROWN, LLP


                                 By:   /s/ *Barbara A. Cotter*
                                       Barbara A. Cotter, Esq.
                                       Alexis M. Gabrielson, Esq.
                                       Attorneys for Defendant
                                       DRAGADOS USA, INC.

Dated:  March 20, 2023           MCGUIRE WOODS LLP


                                 By:   /s/ *Andrew W. Russell*
                                       Sabrina A. Beldner, Esq.
                                       Andrew W. Russell, Esq.
                                       Natalie M. Lagunas, Esq.
                                       Attorneys for Defendant
                                       FLATIRON WEST, INC.

| | |
|---|---|
| Dated: March 20, 2023 | ATKINSON, ANDELSON, LOYA, RUUD & ROMO |

By:  /s/ *Mia A. Lomedico*
Scott K. Dauscher, Esq.
Mia A. Lomedico, Esq.
Attorneys for Defendant
SUKUT CONSTRUCTION, LLC

Pursuant to L.R. 131(e), the undersigned hereby attests that all other signatories listed above, on whose behalf this filing is submitted, concur in the filing and consent to and have authorized the filing.

/s/ *Barbara A. Cotter*
Barbara A. Cotter

- 4 -
DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS AND MOTION TO COMPEL ARBITRATION IN RELATED ACTION
Case Nos. 1:22-cv-1500 CDB; 1:22-cv-01181-CDB