1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11  JIMMY RODRIGUEZ,                          | Case No. 1:22-cv-01181-CDB

12            Plaintiff,                      |
                                              | ORDER ON STIPULATION OF VOLUNTARY
13        v.                                  | DISMISSAL PURSUANT TO FED. R. CIV. P.
                                              | 41(a)(1)(A)(ii)
14  SUKUT CONSTRUCTION, INC. *et al*.         |
                                              | (Doc. 36)
15            Defendants.                     |
                                              | ORDER DENYING MOTION AS MOOT
16
                                              | (Doc. 25)
17

18

19  JIMMY RODRIGUEZ,                          | Case No. 1:22-cv-01500-CDB

20            Plaintiff,                      | ORDER ON STIPULATION OF VOLUNTARY
                                              | DISMISSAL PURSUANT TO FED. R. CIV. P.
21        v.                                  | 41(a)(1)(A)(ii)

22  DRAGADOS USA, INC., *et al*.              | (Doc. 28)

23            Defendants.                     | ORDER DENYING MOTION AS MOOT

24                                            | (Docs. 17)

25

26

27          In these two related cases – one brought as a putative class action, one brought pursuant to

28  California's Private Attorneys General Act of 2004 – Defendants filed motions to compel arbitration

1   and for judgment on the pleadings, both noticed for hearing before the Court on April 24, 2023.[1]  *See*

2   *Rodriguez v. Sukut Construction, Inc. et al.*, No. 1:22-cv-01181-CDB (Doc. 25); *Rodriguez v.*

3   *Dragados USA, Inc. et al.,* No. 1:22-cv-01500-CDB (Doc. 17).  On April 4, 2023, Defendants filed in

4   the respective cases joint stipulations to continue the hearings on the motion to compel arbitration and

5   motion for judgment on the pleadings.  *Rodriguez v. Sukut Construction, Inc., et al,* No. 1:22-cv-

6   01181-CDB (Doc. 31); *Rodriguez v. Dragados USA, Inc., et al,* No. 1:22-cv-01500-CDB (Doc. 23).

7   Counsel for the parties represented in their stipulations that they reached a settlement agreement in

8   principle on an individual, non-class basis with respect to Plaintiff's claims.  *Id*.  Further, Plaintiff

9   agreed to voluntarily dismiss his class claims in both cases.  *Id*.

10          On May 12, 2023, the parties filed a joint status report noting they were "finalizing the terms

11   of a comprehensive settlement agreement providing for a dismissal with prejudice of plaintiff's

12   induvial claims and a dismissal without prejudice of the class and representative claims" in both

13   actions.  *Rodriguez v. Sukut Construction, Inc., et al,* No. 1:22-cv-01181-CDB (Doc. 34); *Rodriguez v.*

14   *Dragados USA, Inc., et al,* No. 1:22-cv-01500-CDB (Doc. 26).

15          On May 18, 2023, the parties filed joint stipulations noticing voluntary dismissal pursuant to

16   Fed. R. Civ. P. 41(a)(1)(A)(ii) in both cases.  *Rodriguez v. Sukut Construction, Inc., et al,* No. 1:22-cv-

17   01181-CDB (Doc. 36); *Rodriguez v. Dragados USA, Inc., et al,* No. 1:22-cv-01500-CDB (Doc. 28).

18   The parties agree that the cases be dismissed in their entirety, with prejudice as to Plaintiff's individual

19   claims, and without prejudice as to the representative claims asserted in both actions.  *Id*.

20          Accordingly, in light of the parties' representations, IT IS HEREBY ORDERED:

21          1.      Defendants' motions to compel arbitration filed in *Rodriguez v. Sukut Construction,*

22                  *Inc., et al*, No. 1:22-cv-01181-CDB (Doc. 25) and motion for judgment filed in

23                  *Rodriguez v. Dragados USA, Inc., et al*, No. 1:22-cv-01500-CDB (Doc. 17) shall be

24                  DENIED AS MOOT;

25   / / /

26

27          [1]   The parties have consented to the jurisdiction of the United States Magistrate Judge in both
     captioned cases and these actions has been assigned to Magistrate Judge Christopher D. Baker for all
28   purposes.  *Rodriguez v. Sukut Construction, Inc. et al.*, No. 1:22-cv-01181-CDB (Doc. 14); *Rodriguez v. Dragados USA, Inc. et al.,* No. 1:22-cv-01500-CDB (Doc. 16).

1     2.     The cases of *Rodriguez v. Sukut Construction, Inc., et al*, No. 1:22-cv-01181-CDB and

2            *Rodriguez v. Dragados USA, Inc., et al*, No. 1:22-cv-01500-CDB are terminated in

3            their entirety by operation of law with prejudice as to Plaintiff's individual claims <u>only</u>

4            and without prejudice as to the representative claims, with all parties bearing their own

5            attorney's fees and costs, without further order from the Court;

6     3.     The Clerk of Court is directed to close *Rodriguez v. Sukut Construction, Inc., et al*, No.

7            1:22-cv-01181-CDB and *Rodriguez v. Dragados USA, Inc., et al*, No. 1:22-cv-01500-

8            CDB.

9  IT IS SO ORDERED.

10

     Dated:   **May 19, 2023**                    

11                               UNITED STATES MAGISTRATE JUDGE